LASSEN v. ANTHONY STUMPF PUB. CO.

(Supreme Court, Appellate Term. May 4, 1911.)

COURTS (§ 190*)—MUNICIPAL COURTS—DECISIONS REVIEWABLE.

As Municipal Court Act (Laws 1902, c. 580) § 257, which enumerates the orders of the Municipal Court from which appeals can be taken, does not include those denying the issuance of a commission to take the testimony of witnesses, they are not appealable.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by Alex C. Lassen against the Anthony Stumpf Publishing Company. From an order denying its motion for the issuance of commissions to take the testimony of witnesses, defendant appeals. Appeals dismissed.

Argued before SEABURY, LEHMAN, and GERARD, JJ.

H. G. Chapin, for appellant.
F. W. Fielding, for respondent.

PER CURIAM. Orders of the Municipal Court, granting or refusing the issue of commissions to take testimony, are not appealable. Section 257 of the Municipal Court act states from what orders appeals may be taken. These orders are not enumerated. See Spiegelman v. Union Ry. Co., 95 App. Div. 92, 88 N. Y. Supp. 478.

Appeals dismissed, with $10 costs.